612 A.2d 932
IN THE MATTER OF ROBERT K. HARTMANN,
AN ATTORNEY AT LAW.

Decided September 18, 1992.

## ORDER

ROBERT K. HARTMANN of PARAMUS, who was admitted to the bar of this State in 1949, having pleaded guilty to federal felony charges of bank fraud (18 *U.S.C.A.* § 1344) and obstruction of an Office of Thrift Supervision investigation (18 *U.S.C.A.* §§ 1505 and 2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), ROBERT K. HARTMANN is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court;  and it is further

ORDERED that ROBERT K. HARTMANN be restrained and enjoined from practicing law during the period of his suspension;  and it is further

ORDERED that ROBERT K. HARTMANN comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.